**UNITED STATES of America, Plaintiff–Appellee**

v.

**Antonio T. ALVAREZ, Defendant–Appellant.**

**No. 08–10573**

**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

Nov. 18, 2010.

Steven M. Sucsy, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Texas, Lubbock, TX, for Plaintiff–Appellee.

Antonio Alvarez, Pollock, LA, pro se.

Before REAVLEY, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM: *

Antonio T. Alvarez, federal prisoner # 25864–177, appeals the district court's

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

denial of his 18 U.S.C. § 3582(c)(2) motion to reduce his sentence following the recent amendments to the Sentencing Guidelines for crack cocaine offenses. In response to that motion, the Government argued that the motion should be denied based upon Alvarez's post-sentencing disciplinary convictions.

On appeal, Alvarez argues that the district court erred in considering his post-sentencing disciplinary record to deny his motion without providing him with an opportunity to respond to that record. Even if we assume that Alvarez has shown error due to that lack of notice, there is no indication from the record or from Alvarez that any error by the district court rose to the level of harmful error. *See United States v. Mueller,* 168 F.3d 186, 189–90 (5th Cir.1999).

Accordingly, the judgment of the district court is AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.